UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LEWIS STEWART,<br><br>                               Plaintiff,<br>      v.<br>ROMEO ARANAS, *et al.,*<br><br>                              Defendants. | Case No. 3:17-cv-00132-MMD-CBC<br><br>ORDER |

The Complaint in this action was filed on March 2, 2017. (ECF No. 1.) The Court issued a notice of intent to dismiss Cheryl Burson, Angie Jones, Sean Su, and S.L. Clark pursuant to Fed. R. Civ. P. 4(m) unless proof of service was filed by February 7, 2019. (ECF No. 34.) To date, no such proof of service has been filed. Accordingly, it is ordered that the claims against Cheryl Burson, Angie Jones, Sean Su, and S.L. Clark are dismissed without prejudice.

DATED THIS 8th day of February 2019.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE