AARON D. FORD
Attorney General
ROBERT W. DeLONG, Bar No. 10022
Deputy Attorney General
State of Nevada
Public Safety Division
100 N. Carson Street
Carson City, NV 89701-4717
Tel: (775) 684-1120
E-mail: rdelong@ag.nv.gov

*Attorneys for Defendants
Romeo Aranas, James Cox,
Francisco Sanchez and Brian Williams*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LEWIS WILLIAM STEWART,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ROMEO ARANAS, et al.,<br><br>　　　　Defendants. | Case No. 3:17-cv-00132-MMD-CBC<br><br>**MOTION TO EXTEND THE DEADLINE TO FILE MOTIONS FOR SUMMARY JUDGMENT**<br>**(Third Request)** |

Defendants, Romeo Aranas, James Cox, Francisco Sanchez, and Brian Williams, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Robert W. DeLong, Deputy Attorney General, hereby move to extend the deadline to file dispositive motions in this matter by 5 days to allow Defendants time to finalize declarations that they intend to use in connection with a motion for summary judgment. Defendants are still waiting for one final signature prior to filing their Motion for Summary Judgment.

This is an inmate civil rights action brought pursuant to 42 U.S.C. § 1983. Plaintiff Lewis Stewart (Plaintiff) is an inmate in the custody of the Nevada Department of Corrections (NDOC). This Court granted Defendants' first 30 day request to extend these deadline on May 8, 2019 (ECF No. 41.), and their second 14 day request on June 10, 2019 (ECF No. 44).

/ / /

/ / /

1

Federal Rule of Civil Procedure 6(b)(1) governs enlargements of time and provides as follows:

> When an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires; or (B) on motion made after the time has expired if the party failed to act because of excusable neglect.

The proper procedure, when additional time for any purpose is needed, is to present a request for extension of time before the time fixed has expired. *Canup v. Miss. Val. Barge Line Co.*, 31 F.R.D. 282 (W.D. Pa. 1962). Extensions of time may always be asked for, and usually are granted on a showing of good cause if timely made under subdivision (b)(1) of the Rule. *Creedon v. Taubman*, 8 F.R.D. 268 (N.D. Ohio 1947). The present deadline to file motions for summary judgment is today, June 21, 2019. (ECF No. 44 at 2.)

Defendants seek an enlargement of time to file dispositive motions in this matter because they are still attempting to finalize declarations that they intend to use in connection with a motion for summary judgment. Defendants are still waiting for one final signature prior to filing their Motion for Summary Judgment.

Defendants respectfully request that the deadline to file motions for summary judgment in this matter be extended by 5 days. If granted, the new deadline to file motions for summary judgment would be Wednesday, June 26, 2019.

Good cause exists to extend the time to file this motion. This request is made in good faith and not for the purpose of delay. Defendants respectfully submit that none of the parties will be prejudiced by the extension of time sought.

AARON D. FORD
Attorney General

IT IS SO ORDERED

_____
U.S. MAGISTRATE JUDGE

DATED: 6/20/2019

By: /s/ Robert W. DeLong
ROBERT W. DELONG, Bar No. 10022
Deputy Attorney General

*Attorneys for Defendants*

No further extensions will be granted.

2

1
## CERTIFICATE OF SERVICE

2   I certify that I am an employee of the Office of the Attorney General, State of
3 Nevada, and that on June 21, 2019, I caused to be deposited for mailing, a true and
4 correct copy of the foregoing, **MOTION TO EXTEND THE DEADLINE TO FILE**
5 **MOTIONS FOR SUMMARY JUDGMENT (Third Request)** on the following:

6
7 Lewis Stewart
4570 E. Saint Louis Avenue
8 Las Vegas, NV 89104

9

*/s/ Paula M. Hernandez*
10 An employee of the
Office of the Attorney General

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28