UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| LEWIS WILLIAM STEWART,<br><br>        Plaintiff,<br><br>vs.<br><br>ROMEO ARANAS, et al.,<br><br>        Defendants. | 3:17-CV-0132-MMD-CBC<br><br>**MINUTES OF THE COURT**<br><br>August 19, 2019 |

PRESENT: <u>THE HONORABLE CARLA BALDWIN CARRY</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: <u>    LISA MANN    </u>  REPORTER: <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S): <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S): <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

     Plaintiff's motions for enlargement of time (ECF Nos. 51 & 52) are **GRANTED**. Plaintiff shall have until **Friday, September 27, 2019** to file an opposition to defendants' motion for summary judgment (ECF No. 47).

**IT IS SO ORDERED.**

                                              DEBRA K. KEMPI, CLERK

                                        By:<u>        /s/         </u>
                                                    Deputy Clerk