AARON D. FORD
Attorney General
FRANK A. TODDRE II (Bar No. 11474)
Senior Deputy Attorney General
Office of the Attorney General
555 E. Washington Avenue, Ste. 3900
Las Vegas, NV 89101
Telephone: (702) 486-3149
Facsimile: (702) 486-3773
E-Mail: ftoddre@ag.nv.gov

*Attorneys for Defendants
Romeo Aranas, James Cox,
Francisco Sanchez and Brian Williams*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LEWIS WILLIAM STEWART,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ROMEO ARANAS, *et al.*,<br><br>　　　　Defendants. | Case No. 3:17-cv-00132-MMD-CLB<br><br>**STIPULATION AND ORDER TO ENLARGE TIME FOR THE DEFENDANTS TO RESPOND TO PLAINTIFF'S MOTION TO VACATE (ECF No. 71)**<br>**[First Request for Enlargement]** |

Defendants, Romeo Aranas, James Cox, Francisco Sanchez, and Brian Williams (NDOC Employees), (collectively, the "NDOC") by and through counsel, Aaron D. Ford, Nevada Attorney General, and Frank A. Toddre II, Senior Deputy Attorney General, and Plaintiff, Lewis William Stewart, by and through counsel, Andre Lagmarsino, Esq., hereby stipulate to enlarge the time for Defendants to respond to Plaintiff's Motion to Vacate the Stay Pending Appeal (ECF No. 71) fourteen (14) days from July 1, 2020 until July 15, 2020.

The Defendants filed an interlocutory Notice of Appeal (ECF No. 66) pursuant to FED. R. APP. P. 3 & 4 and 28 U.S.C. § 1291, and *Mitchell v. Forsyth*.[1] Specifically, the Defendants appealed the District Court's denial qualified immunity in denying the motion for summary judgment on or about April 2, 2020. [2]

---

[1] 472 U.S. 511, 526–27 (1985).
[2] *See generally Knox v. Southwest Airlines*, 124 F.3d 1103, 1107 (9th Cir. 1997)

1

This Court administratively closed Case No. 3:17-cv-00132-MMD-CLB pending appeal. (ECF No. 69).

Counsel Andre Lagomarsino, Esq. appeared on behalf of Plaintiff Stewart on May 19, 2020. (ECF No. 70).

Plaintiff filed his Motion to Vacate the Stay Pending Appel the same day. (ECF No. 71).

Chief Judge Du issued a Minute Order requiring any response to Plaintiff's motion to vacate be due on July 1, 2020.

The parties have a voluntary mediation conference set in the Ninth Circuit, Case No. 20-15586, set for Monday, June 29, 2020.

In lieu of the preparation required for said conference, the parties agreed to an enlargement of time to respond.

Accordingly, the parties agree to enlarge the time for NDOC to respond to Plaintiff's Motion to Vacate the Stay from July 1, 2020, until July 15, 2020.

DATED this 30th day of June, 2020      DATED this 30th day of June, 2020

LAGOMARSINO LAW                         AARON D. FORD
                                        Attorney General


By: /s/ Andre Lagomarsino               By: /s/ Frank A. Toddre
Andre Lagomarsino (Bar No. 6711)        Frank A. Toddre II (Bar No. 11474)
3005 W. Horizon Ridge Pkwy, #241        Senior Deputy Attorney General
Henderson, NV 89052                     555 E. Washington Ave. Ste. 3900
(702) 383-2864                          Las Vegas NV, 89101
aml@lagomarsinolaw.com                  (702) 486-3149
Attorneys for Plaintiff                 ftoddre@ag.nv.gov
Lewis William Stewart                   Attorneys for Defendants
                                        Romeo Aranas, James Cox, Francisco Sanchez
                                        And Brian Williams

---

("[W]e have jurisdiction over an interlocutory appeal from the denial of qualified immunity where the appeal focuses on whether the defendants violated a clearly established law given the undisputed facts . . . .").

*Lewis Stewart v. Romeo Aranas et al*
*Case No. 3:17-cv-00132-MMD-CLB*

### **ORDER**

This matter comes before the Court regarding the briefing schedule for the Plaintiff's Motion to Vacate (ECF No. 71). The Court has examined the Stipulation as agreed by the parties to this stipulation and good cause having been shown,

IT IS THEREFORE ORDERED that Defendants are granted until July 15, 2020 to respond to Motion to Vacate (ECF No. 71).

DATED this __6th__ day of __July_____ 2020.

_____
DISTRICT COURT JUDGE