**LAGOMARSINO LAW**
ANDRE M. LAGOMARSINO, ESQ.
3005 W. Horizon Ridge Pkwy., Suite 241
Henderson, Nevada 89052
Telephone: (702) 383-2864
Facsimile: (702) 383-0065
aml@lagomarsinolaw.com
*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LEWIS STEWART, an individual,<br><br>Plaintiff-Appellee<br><br>v.<br><br>ROMEO ARANAS; JAMES COX; FRANCISCO M. SANCHES; BRIAN E. WILLIAMS,<br><br>Defendants – Appellants,<br><br>and<br><br>CHERYL BURSON; S.L. CLARK; JAMES E. DZURENDA; ANGIE JONES; SEAN SU; STATE OF NEVADA<br><br>Defendants. | Case No.: 3:17-cv-00132-MMD-CLB<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND PLAINTIFF'S DEADLINE TO FILE HIS REPLY TO DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO VACATE THE STAY PENDING DEFENDANTS' APPEAL AND REQUEST TO CERTIFY DEFENDANTS' APPEAL AS FRIVOLOUS (ECF NO. 75)**<br><br>*(First Request)* |

WHEREAS Defendants Romeo Aranas, James Cox, Francisco Sanchez and Brian Williams collectively filed their opposition to Plaintiff's Motion to Vacate the Stay Pending Defendants' Appeal and Request to Certify Defendants' Appeal as Frivolous on July 15, 2020 (ECF No. 75).

Pursuant to Local Rule IA 6-1(a), the parties hereby stipulate to extend the deadline for plaintiff to file his reply to defendants' opposition. The current deadline for plaintiff to reply to defendants' opposition is **July 22, 2020**. The new deadline for plaintiff to reply to defendants' opposition will be **August 5, 2020**.

/ / /

Good cause exists because one (1) of plaintiff's associate attorneys has suddenly been quarantined due to a possible exposure to COVID-19. As a firm of only three (3) attorneys, the attorney that was tasked with drafting the reply brief has had to cover the caseload for the quarantined attorney resulting in a delay to draft reply.  This unexpected coverage includes coverage for multiple depositions and deposition preparation during the seven (7) day period that would have been otherwise allocated for the drafting of a reply brief.

This extension is the first request for an extension and is not submitted for the purpose of delay.

**IT IS SO STIPULATED AND AGREED.**

DATED this 20th day of July, 2020.                     DATED this 20th day of July, 2020.

**LAGOMARSINO LAW**                                    **OFFICE OF THE ATTORNEY GENERAL**

  /s/ Andre M. Lagomarsino                              /s/ FRANK TODDRE II
Andre M. Lagomarsino, Esq. (#6711)                     Frank Toddre II, Esq.
3005 W. Horizon Ridge Pkwy., #241                      555 East Washington Avenue, Suite 3900
Henderson, Nevada 89052                                Las Vegas, Nevada 89101
*Attorney for Plaintiff Lewis Stewart*                 *Attorney for Defendants Romeo Aranas, James Cox, Francisco Sanchez and Brian Williams*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: July 21, 2020