**LAGOMARSINO LAW**
ANDRE M. LAGOMARSINO, ESQ.
3005 W. Horizon Ridge Pkwy., Suite 241
Henderson, Nevada 89052
Telephone: (702) 383-2864
Facsimile: (702) 383-0065
aml@lagomarsinolaw.com
*Attorney for Plaintiff Lewis Stewart*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LEWIS STEWART, an individual,<br><br>Plaintiff-Appellee<br><br>v.<br><br>ROMEO ARANAS; JAMES COX; FRANCISCO M. SANCHES; BRIAN E. WILLIAMS,<br><br>Defendants – Appellants,<br><br>and<br><br>CHERYL BURSON; S.L. CLARK; JAMES E. DZURENDA; ANGIE JONES; SEAN SU; STATE OF NEVADA<br><br>Defendants. | Case No.: 3:17-cv-00132-MMD-CLB<br><br>**STIPULATION AND ORDER TO EXTEND PLAINTIFF'S DEADLINE TO FILE HIS RESPONSE TO DEFENDANTS' MOTION TO STRIKE PORTIONS PLAINTIFF'S REPLY (ECF NO. 81)**<br><br>*(First Request)* |

WHEREAS Defendants Romeo Aranas, James Cox, Francisco Sanchez and Brian Williams collectively filed their *Motion to Strike Portions of Plaintiff's Reply* (ECF No. 81) on August 24, 2020 relating to *Plaintiff's Reply to his Motion to Vacate the Stay Pending Appeal and Request to Certify Appeal as Frivolous* (ECF No. 79) on August 4, 2020.

Pursuant to Local Rule IA 6-1(a), the parties hereby stipulate to extend the deadline for plaintiff to file his response to defendants' motion. The current deadline for plaintiff to respond to defendants' motion is **September 8, 2020**. The new deadline for plaintiff to respond to defendants' motion will be **September 18, 2020**.

Page 1 of 2

Good cause exists because one (1) of plaintiff's associate attorneys has suddenly been quarantined due to a possible exposure to COVID-19. As a firm of only three (3) attorneys, the attorney that was tasked with drafting the response brief has had to cover the caseload for the quarantined attorney resulting in a delay to draft the response. This unexpected coverage includes coverage for multiple depositions, Equal Employment Opportunity Commission mediations and additional briefing and discovery efforts on other matters that would have been otherwise allocated for the drafting of a response brief.

This extension is the first request for an extension and is not submitted for the purpose of delay.

**IT IS SO STIPULATED AND AGREED.**

DATED this 8th day of September, 2020.   DATED this 8th day of September, 2020.

**LAGOMARSINO LAW**   **OFFICE OF THE ATTORNEY GENERAL**

*/s/ Andre M. Lagomarsino*   */S/ FRANK TODDRE II*
Andre M. Lagomarsino, Esq. (#6711)   Frank Toddre II, Esq.
3005 W. Horizon Ridge Pkwy., #241   555 East Washington Avenue, Suite 3900
Henderson, Nevada 89052   Las Vegas, Nevada 89101
*Attorney for Plaintiff Lewis Stewart*   *Attorney for Defendants Romeo Aranas, James Cox, Francisco Sanchez and Brian Williams*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: _September 10, 2020_____