```
1   AARON D. FORD
      Attorney General
2   ANDREA DOMINGUEZ, Bar No. 15209
      Deputy Attorney General
3   State of Nevada
    Public Safety Division
4   100 N. Carson Street
    Carson City, Nevada 89701-4717
5   Tel: (775) 684-1163
    E-mail: ADominguez@ag.nv.gov
6
7
    *Attorneys for Defendants*
8   *Romeo Aranas, James Cox,*
    *Francisco Sanchez, and Brian Williams*
9
```

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LEWIS WILLIAM STEWART,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ROMEO ARANAS, et al.,<br><br>　　　　Defendants. | Case No. 3:17-cv-00132-MMD-CBC<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE DEFENDANT'S REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO STRIKE (ECF NO. 84)** |

The Parties Lewis Williams Stewart, by and through counsel, Lagomarsino Law and Defendants, Romeo Aranas, James Cox, Francisco Sanchez, and Brian Williams, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Andrea M. Dominguez, Deputy Attorney General, hereby agree and stipulate to extend the time to file Defendant's Reply to Plaintiff's Opposition to Defendant's Motion to Strike Portions of Plaintiff's Reply until October 9, 2020. Defendant's Reply is currently due to be filed on September 25, 2020.

/ / /

/ / /

/ / /

/ / /

This is the Parties' first request to extend the deadline. The Parties represent that this stipulation is sought in good faith, is not interposed for delay, and is not filed for an improper purpose.

DATED this 25th day of September, 2020.    DATED this 25th day of September, 2020.

LAGOMARSINO LAW

By: */s/ Andre M. Lagomarsino*
ANDRE M. LAGOMARSINO, ESQ.
Nevada Bar No. 6711
3005 W. Horizon Ridge Pkwy., #241
Henderson, Nevada 89052
*Attorney for Plaintiff Lewis Stewart*

AARON D. FORD
Attorney General

By: */s/ Andrea M. Dominguez*
ANDREA M. DOMINGUEZ, ESQ.
Nevada Bar No. 15209
100 N. Carson Street
Carson City, Nevada 89701
*Attorneys for Defendants*
*Romeo Aranas, James Cox, Francisco Sanchez, and Brian Williams*

## ORDER

**SO ORDERED.** Defendants shall have until  October 9, 2020  to file their Reply to Plaintiff's Opposition to Defendants' Motion to Strike Portions of Plaintiff's Reply.

Dated this  25th  day of  September , 2020.

_____
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the Office of the Attorney General, State of Nevada and that on this 25th day of September, 2020, I caused a copy of the foregoing, **STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE DEFENDANT'S REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO STRIKE (ECF NO. 84)**, to be served, by U.S. District Court CM/ECF Electronic Filing on the following:

Andre M. Lagomarsino, Esq
Cory M. Ford, Esq.
Lagomarsino Law
3005 W. Horizon Ridge Pkwy., Suite 241
Henderson, NV 89052
aml@lagomarsinolaw.com
cory@lagomarsinolaw.com

_____
An employee of the
Office of the Attorney General