**LAGOMARSINO LAW**
ANDRE M. LAGOMARSINO, ESQ.
3005 W. Horizon Ridge Pkwy., Suite 241
Henderson, Nevada 89052
Telephone: (702) 383-2864
Facsimile: (702) 383-0065
aml@lagomarsinolaw.com
*Attorney for Plaintiff Lewis Stewart*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LEWIS STEWART, an individual, | Case No.: 3:17-cv-00132-MMD-CLB |
| Plaintiff, | |
| v. | **ORDER ON STIPULATION FOR SETTLEMENT CONFERENCE** |
| ROMEO ARANAS, et al., | |
| Defendants. | |

IT IS HEREBY STIPULATED between Plaintiff LEWIS STEWART, by and through his attorneys ANDRE M. LAGOMARSINO, ESQ., and CORY M. FORD, ESQ., of LAGOMARSINO LAW and Defendants ROMEO ARANAS et al. by and through their attorney of record, LEO HENDGES, ESQ. of STATE OF NEVADA, OFFICE OF THE ATTORNEY GENERAL, that a settlement conference be conducted in this matter pursuant to LR 16-5. Trial for this matter is currently set for Tuesday, September 12, 2023 [ECF No. 120].

…

…

…

**IT IS SO STIPULATED AND AGREED.**

DATED this 17th day of January, 2023.　　　　DATED this 17th day of January, 2023.

| | |
|---|---|
| **LAGOMARSINO LAW** | **STATE OF NEVADA**<br>**OFFICE OF THE ATTORNEY GENERAL,** |
| _/s/ Andre Lagomarsino_ | _/s/ Leo Hendges_ |
| ANDRE M. LAGOMARSINO, ESQ. (#6711)<br>CORY M. FORD, ESQ. (#15042)<br>3005 W. Horizon Ridge Pkwy., #241<br>Henderson, Nevada 89052<br>Telephone: (702) 383-2864<br>Facsimile: (702) 383-0065<br>_Attorneys for Plaintiff_ | AARON D. FORD<br>Attorney General<br>LEO T. HENDGES (#16034)<br>Deputy Attorney General<br>555 E. Washington Ave., Ste. 3900<br>Las Vegas, NV 89101<br>_Attorneys for Defendants_ |

**ORDER**

The parties' Stipulation for Settlement Conference is GRANTED. The Courtroom Deputy is directed to contact counsel to schedule a Settlement Conference in this case.

_____
UNITED STATES MAGISTRATE JUDGE

DATED:　1/19/2023