AARON D. FORD
 Attorney General
LEO T. HENDGES (Bar No. 16034)
 Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
(702) 486-3795 (phone)
(702) 486-3773 (fax)
Email: lhendges@ag.nv.gov

*Attorneys for Defendants
Romeo Aranas, James Cox,
Francisco Sanchez, and
Brian Williams*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LEWIS WILLIAM STEWART,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>ROMEO ARANAS, *et al.*,<br><br>　　　　　　　Defendants. | Case No. 3:17-cv-00132-MMD-CLB<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE TRIAL DATE**<br><br>**(First Request)** |

Pursuant to LR 7-1, LR IA 6-1 and 6-2, the parties, by and through their respective counsel of record, stipulate and request that this Court continue the trial date in this matter, which is currently set for September 12, 2023. (ECF No. 120.) This stipulation serves as the parties' first request to continue the trial date. This request is made in good faith and is not intended for purposes of delay. The parties do not intend to request additional extensions to re-open discovery or further delay trial upon this stipulation's approval by the Court.

On August 11, 2023, Defendants' counsel reached out to Plaintiff's counsel to discuss continuing the trial date. The parties scheduled a phone call to discuss the matter on August 14, 2023. During that call, it was revealed that Defendant James Cox's wife is experiencing unexpected health problems related to a stroke that require his care and

preclude him from attending trial as scheduled. Additionally, Plaintiff's counsel is involved in a month-long trial in Los Angeles, which is currently scheduled to conclude on August 28, 2023. Though the parties are prepared to proceed with trial as scheduled, it was determined to be in the parties' best interest to continue the trial date to ensure the trial runs as efficiently as possible and to allow Defendant Cox the opportunity to attend trial and testify as originally planned.

For these reasons the parties jointly offer the following three trial dates:

<u>October 16, 2023</u>   <u>October 30, 2023</u>   <u>November 6, 2023</u>

The parties further stipulate that they be excused from their appearances at the Master Trial Scheduling Conference set for August 21, 2023, at 9:00 AM, (ECF. No. 127), and from the Calendar Call set for September 5, 2023, at 1:00 PM. (ECF No. 120 at 2.) It is expressly understood by the undersigned that the Court will set the trial of this matter on one of the agreed-upon dates if possible. If not, the trial will be set at the convenience of the Court's calendar after such dates. The parties estimate that the trial will take a total of 5-8 court days.

**IT IS SO STIPULATED.**

DATED this 15th day of August, 2023

**LAGOMARSINO LAW**

By: *Cristina A. Phipps*
   Andre M. Lagomarsino, Esq. (#6711)
   Cory M. Ford, Esq. (#15042)
   Taylor M. Jorgensen, Esq. (#16259)
   Cristina A. Phipps, Esq. (#16440)
   3005 W. Horizon Ridge Pkwy., #241
   Henderson, Nevada 89052
   Telephone: (702) 383-2864
   Facsimile: (702) 383-0065
   *Attorneys for Plaintiff*

DATED this 15th day of August, 2023

**AARON D. FORD**
**Attorney General**

By: *Leo T. Hendges*
   LEO T. HENDGES (#16034)
   Senior Deputy Attorney General
   555 E. Washington Ave., Ste. 3900
   Las Vegas, NV 89101
   *Attorneys for Defendants*

/ / /

/ / /

## **ORDER**

IT IS HEREBY ORDERED that the trial in this case is continued and re-set for jury trial on a stacked calendar on _____October 17, 2023_____. Calendar call will be held at_____October 10, 2023 at 1:00 PM by telephone.

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**
DATED: __August 15, 2023__