**LAGOMARSINO LAW**
ANDRE M. LAGOMARSINO, ESQ. (#6711)
3005 W. Horizon Ridge Pkwy., #241
Henderson, Nevada 89052
Telephone: (702) 383-2864
Facsimile: (702) 383-0065
*Attorneys for Plaintiff Lewis Stewart*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LEWIS STEWART, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ROMEO ARANAS, et al.,<br><br>Defendants. | Case No.: 3:17-cv-00132-MMD-CLB<br><br>**STIPULATION WITH PROPOSED STATEMENT OF THE CASE** |

The parties, by and through their counsel of record, hereby stipulate to the Statement of the Case attached hereto.

**IT IS SO STIPULATED.**

DATED this 10th day of October, 2023.

**LAGOMARSINO LAW**

/s/ *Andre M. Lagomarsino*
ANDRE M. LAGOMARSINO, ESQ. (#6711)
3005 W. Horizon Ridge Pkwy., #241
Henderson, Nevada 89052
Telephone: (702) 383-2864
Facsimile: (702) 383-0065
*Attorneys for Plaintiff*

DATED this 10th day of October, 2023

**STATE OF NEVADA**
**OFFICE OF THE ATTORNEY GENERAL,**

/s/ *Leo T. Hendges*
LEO T. HENDGES (#16034)
Senior Deputy Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, NV 89101
*Attorneys for Defendants*

## STATEMENT OF THE CASE

Plaintiff Lewis Stewart alleges that he suffered severe pain and permanent physical injuries to his internal organs because prison doctors did not adequately treat his enlarged prostate. Mr. Stewart asserts that he complained of irregular and painful urination problems. Mr. Stewart further states that he repeatedly asked Defendants for a referral to a urologist, but those referrals were not made. Mr. Stewart claims that the Defendants each acted with deliberate indifference to his serious medical needs despite his deteriorating medical condition. Mr. Stewart alleges that he has suffered irreversible physical injuries to his prostate, bladder, and kidneys. Mr. Stewart seeks monetary damages for his physical and mental pain and suffering. Defendants deny that Mr. Stewart made requests for help or for a referral to a urologist, that he was in a deteriorating medical condition, or that Defendants were deliberately indifferent to his medical needs.