UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LEWIS STEWART,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>ROMEO ARANAS ET AL<br><br>　　　　　　　　Defendants, | Case No. 3:17-cv-132-MMD-CLB<br><br><br>ORDER |

This Court having ordered the jury impaneled in the above entitled action to be kept together during periods of deliberation, now, therefore, **IT IS HEREBY ORDERED** that all meals and lodging, if required, for said jury and attendants shall be paid by the Clerk of Court.

Dated:　10/25/2023

_____
U.S. DISTRICT JUDGE