AARON D. FORD
  Attorney General
LEO T. HENDGES (Bar No. 16034)
  Senior Deputy Attorney General
JESSICA E. WHELAN (Bar No. 14781)
  Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
(702) 486-3795 (phone)
(702) 486-3773 (fax)
Email: lhendges@ag.nv.gov
       jwhelan@ag.nv.gov

*Attorneys for Defendants*
*Romeo Aranas and*
*Francisco Sanchez*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LEWIS WILLIAM STEWART,<br><br>             Plaintiff,<br><br>v.<br><br>ROMEO ARANAS, et al.,<br><br>             Defendants. | Case No.  3:17-cv-00132-MMD-CLB<br><br>**STIPULATION AND PROPOSED ORDER FOR SEVEN (7) DAY EXTENSION OF TIME TO FILE DEFENDANTS' REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' RULE 50(b) RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW, ALTERNATIVE RULE 59 MOTION FOR NEW TRIAL, AND ALTERNATIVE REQUEST FOR REMITTITUR (ECF NO. 174)**<br><br>**(FIRST REQUEST FOR EXTENSION)** |

      The Parties, Plaintiff Lewis Williams Stewart, by and through counsel, Andre M. Lagomarsino, Esq. of Lagomarsino Law, and Defendants, Romeo Aranas and Francisco Sanchez, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, Leo T. Hendges, Senior Deputy Attorney General, and Jessica E. Whelan, Senior Deputy Attorney General of the State of Nevada, hereby agree and stipulate to extend the time for Defendants to file their Reply Brief to Plaintiff's Opposition to Defendants' Rule 50(b)

///

Renewed Motion for Judgment as a Matter of Law, Alternative Rule 59 Motion for New Trial, and Alternative Request for Remittitur (ECF No. 174) for seven days.

Defendants' Reply is currently due to be filed on Tuesday, December 12, 2023. With this seven-day stipulated extension, the new due date for the Reply Brief will be Tuesday, December 19, 2023.

This is the Parties' first request to extend the deadline.

The Parties represent that this stipulation is sought in good faith, is not interposed for delay, and is not filed for an improper purpose. Indeed, the Parties have filed a separate stipulation requesting a settlement conference to occur as soon as possible (ECF No. 185).

DATED this 11th day of December, 2023.    DATED this 11th day of December, 2023.

| LAGOMARSINO LAW | AARON D. FORD<br>Attorney General |
|---|---|
| By: /s/ Andre M. Lagomarsino<br>ANDRE M. LAGOMARSINO, ESQ.<br>Nevada Bar No. 6711<br>3005 W. Horizon Ridge Pkwy., #241<br>Henderson, Nevada 89052<br><br>*Attorney for Plaintiff Lewis Stewart* | By: /s/ Leo T. Hendges<br>LEO T. HENDGES, ESQ.<br>Nevada Bar No. 16034<br>JESSICA E. WHELAN, ESQ.<br>Nevada Bar No. 14781<br>555 E. Washington Ave., Ste. 3900<br>Las Vegas, Nevada 89101<br><br>*Attorneys for Defendants<br>Romeo Aranas and<br>and Brian Williams* |

## ORDER

**SO ORDERED.** Defendants shall have until December 19, 2023, to file their Reply to Plaintiff's Opposition to Defendants' Motion to Strike Portions of Plaintiff's Reply.

Dated this 11th day of December, 2023.

_____
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I certify that I am an employee of the State of Nevada, Office of the Attorney General, and that on December 11, 2023, I electronically filed the foregoing **STIPULATION AND PROPOSED ORDER FOR SEVEN (7) DAY EXTENSION OF TIME TO FILE DEFENDANTS' REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' RULE 50(b) RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW, ALTERNATIVE RULE 59 MOTION FOR NEW TRIAL, AND ALTERNATIVE REQUEST FOR REMITTITUR (ECF NO. 174)** via this Court's electronic filing system. Parties who are registered with this Court's electronic filing system will be served electronically.

Andre M. Lagomarsino, Esq
Lagomarsino Law
3005 W. Horizon Ridge Pkwy., Suite 241
Henderson, Nevada 89052
aml@lagomarsinolaw.com
*Attorneys for Plaintiff*

/s/ Carol A. Knight
CAROL A. KNIGHT, an employee of the
Office of the Nevada Attorney General